NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

ASHLEY FURNITURE INDUSTRIES, INC.,
*Plaintiff-Appellant,*

v.

UNITED STATES,
*Defendant-Appellee,*

AND

UNITED STATES INTERNATIONAL TRADE
COMMISSION,
*Defendant-Appellee,*

AND

AMERICAN FURNITURE MANUFACTURERS
COMMITTEE FOR LEGAL TRADE, KINCAID
FURNITURE CO., INC., L. & J.G. STICKLEY, INC.,
SANDBERG FURNITURE MANUFACTURING
COMPANY, INC., STANLEY FURNITURE
COMPANY, INC., T. COPELAND AND SONS, INC.,
AND VAUGHAN-BASSETT FURNITURE COMPANY,
INC.,
*Defendants-Appellees.*

---

2012-1196

---

Appeal from the United States Court of International Trade in consolidated case no. 07-CV-0323, Judge Timothy C. Stanceu.

---

## ON MOTION

---

Before O'MALLEY, *Circuit Judge.*

## ORDER

Upon consideration of The Timken Company and MPB Corporation's motion for leave to file a brief amici curiae in support of American Furniture Manufacturers Committee for Legal Trade, et al.,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**AUG 3 1 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Joseph W. Dorn, Esq.
Jeffrey S. Grimson, Esq.
Patrick V. Gallagher, Esq.
Jessica R. Toplin, Esq.
Craig A. Lewis, Esq.
David W. DeBruin, Esq.
Nancy A. Noonan, Esq.
Herbert C. Shelley, Esq.
Terence P. Stewart, Esq.

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 3 1 2012

JAN HORBALY
CLERK